UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 14-20926-CR-MOORE/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONEN NAHMANI

    Defendant.
_____/

# REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS SEARCH WARRANT

The Defendant, Ronen Nahmani, filed a Motion to Suppress Physical Evidence [DE 50], which has been fully briefed. [DE 60, 65, 66, 67]. The Honorable K. Michael Moore referred the Motion to me for report and recommendation. [DE 11].

The Motion concerns a search warrant issued by a Florida state court judge, on July 21, 2014, that authorized the search of a storage unit rented by the Defendant. The Motion alleges that the search warrant application has material false statements and omissions, and relying on Franks v. Delaware, 438 U.S. 154 (1978), it asks the Court to hold a hearing at which the applicant for the search warrant would be questioned.

After a thorough review of the parties' memoranda, the record and the applicable law, on May 18, 2015, I advised the parties, in open court, of my findings of fact and conclusions of law, and my recommendation that the Motion be denied, all of which I hereby incorporate into this Report and Recommendation.

1

At that time I directed the government to order an expedited transcript of my oral report and recommendation and to file that transcript with the Court no later than May 21, 2015. I also directed that the parties may file written objections to my Report and Recommendation with the Honorable K. Michael Moore **no later than May 22, 2015**. Failure to timely file objections shall bar the parties from attacking on appeal any factual findings contained herein. *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993); *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988).

DONE AND ORDERED in chambers at Miami, Florida this 18th day of May, 2015.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable K. Michael Moore
Counsel of Record