# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **RONEN NAHMANI, Reg. No. 05843-104,** was convicted, in the United States District Court for the Southern District of Florida on an indictment (Docket No. 1:14CR20926-01-KMM) of violation of Section 846, Title 21, United States Code, for which a total sentence of 240 months' imprisonment; three years' supervised release; and a special assessment of one hundred dollars ($100) was imposed on October 9, 2015; and

*WHEREAS* the said **RONEN NAHMANI, Reg. No. 05843-104,** has been confined continuously since the jury returned a verdict of guilty on July 22, 2015, and is presently incarcerated at the Federal Correctional Institution - Miami in Miami, Florida; and

*WHEREAS* it has been made to appear that the ends of justice do not require the said **RONEN NAHMANI, Reg. No. 05843-104,** to remain confined until his currently projected release date of December 21, 2032, and the safety of the community will not be compromised if he is released;

NOW, THEREFORE, BE IT KNOWN that I, **DONALD J. TRUMP**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **RONEN NAHMANI, Reg. No. 05843-104**: I commute the prison sentence imposed upon the said **RONEN NAHMANI, Reg. No. 05843-104,** to time served. I leave intact and in effect the three-year term of supervised release with all its conditions, and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower, the Acting Pardon Attorney, as my representative, to deliver to the Bureau of Prisons, to the United States District Court for the Southern District of Florida, and to the said **RONEN NAHMANI Reg. No. 05843-104,** a certified copy of this document as evidence of my action in order to carry into effect the terms of this grant.

**I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant, to effect the

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this __29th__ day of ___July___ in the Year of Our Lord Two Thousand and Nineteen and of the Independence of the United States the Two Hundred and Forty-fourth.*

**DONALD J. TRUMP**
**President**