UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CR-20926-KMM

**UNITED STATES OF AMERICA,**

   *Plaintiff,*

**v.**

**RONEN NAHMANI,**

   *Defendant.*
                                                                      /

**RESPONSE TO ORDER TO SHOW CAUSE**

The Defendant, RONEN NAHMANI, through counsel files this his Response to Order to Show Cause and states the following:

1)   This Court entered a paperless Order on August 2, 2019, stating the following:

THIS CAUSE came before the Court upon an Executive Grant of Clemency as to Ronen Nahmani. [198]. On July 29, 2019, President Donald J. Trump commuted the prison sentence imposed upon Ronen Nahmani to time served and left intact and in effect the three-year term of supervised release with all its conditions. [198] at 2.

Pursuant to the Grant of Clemency, Defendant Ronen Nahmani was released on July 31, 2019. Accordingly, based on the foregoing, Defendant Ronen Nahmani is hereby ORDERED TO SHOW CAUSE on or before August 15, 2019 why the pending Motion for New Trial [191] should not be denied as moot. If Defendant does not respond by August 15, 2019, the Court will deny the

Motion for New Trial as moot. Signed by Chief Judge K. Michael Moore on 8/2/2019.

2)      Mr. Nahmani has been deported and is now in Israel. Counsel has spoken with Mr. Nahmani via telephone regarding the Court's Order to Show Cause. It is Mr. Nahmani's position that the grant of executive clemency does not moot the issues raised in his Motion for New Trial. He believes that the motion has merit, that he will prevail on the motion, that his convictions will be reversed and the government will no longer continue the prosecution. When his convictions are reversed, he will no longer suffer the consequences and stigma attendant to having a felony conviction on his record including the virtual elimination of his ability to re-enter the United States and other potential limitations on his civil liberties as well as the ability to travel to certain other countries.

WHEREFORE for the foregoing reasons the Defendant requests that this Honorable Court not deny his Motion for a New Trial as moot.


Dated:  August 15, 2019                     Respectfully submitted,

                                                    LAW OFFICES OF
                                                    JOHN E. BERGENDAHL
25 S.E. 2nd Avenue, Suite 1100
Miami, Florida 33131
Tel.: (305) 536-2168
Fax:  (305) 536-2170
Email: lojeb1100@gmail.com


By: */s/ John E. Bergendahl*
      JOHN E. BERGENDAHL
      Florida Bar No. 327761

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of Court via the CM/ECF portal and copies thereof provided to all interested parties on this 15th day of August, 2019.

By: */s/ John E. Bergendahl*
JOHN E. BERGENDAHL